HAAS v. NEW YORK CENT. & H. R. R. CO.

(Supreme Court, Appellate Division, Second Department. December 1, 1896.)

RAILROAD COMPANIES—ACTION FOR KILLING STOCK—EVIDENCE.

A railroad company, on whose tracks a horse strayed in consequence of the neglect of the company to maintain a sufficient fence, is liable for the killing of the horse by a locomotive, though the locomotive was owned by another railroad company.

Appeal from Rockland county court.

Action by Frank X. Haas against the New York Central & Hudson River Railroad Company for the value of a horse killed on defendant's right of way by being struck by a locomotive and train. From a judgment in favor of plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed.

Argued before BROWN, P. J., and CULLEN, BARTLETT, HATCH, and BRADLEY, JJ.

Herbert E. Kinney, for appellant.
Lexow & Wyre, for respondent.

PER CURIAM. There was testimony in this case which permitted the jury to find that the horse which was killed escaped from the pasture lot onto the railroad tracks through an opening in the fence, which existed through the negligence of the defendant; and we must assume from the verdict that the jury did so find. In this view of the case the fact that the horse was killed by a train of the Ontario & Western Railroad Company does not appear to be material, and it was not error by the court to so charge the jury. No other question requires consideration.

The judgment and order must be affirmed, with costs.